**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6039**

GEORGE NAPOLEON MOSES, a/k/a George N. Moses,

Plaintiff - Appellant,

v.

DAVID M. PASCOE; WINNIFA B. CLARK; STATE OF SOUTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  R. Bryan Harwell, Chief District Judge.  (5:18-cv-02679-RBH)

Submitted:  April 4, 2019                                        Decided:  April 10, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Napoleon Moses, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Napoleon Moses appeals the district court's order adopting the magistrate judge's recommendation and dismissing his 42 U.S.C. § 1983 (2012) action with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Moses' informal brief does not challenge the basis for the district court's disposition, Moses has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*